*N. J. Norman,* for plaintiff in error. *Darsey & Mills,* contra.

---

#### 14044. SPRAGGINS *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

               *Jugment affirmed. Luke and Bloodworth, JJ., concur.*
                 DECIDED MARCH 7, 1923.

Accusation of assault and battery; from city court of Greenville — Judge McGraw. October 18, 1922.

*J. J. Bowden, N. F. Culpepper,* for plaintiff in error.

*J. F. Hatchett,* solicitor, *McLaughlin & Jones,* contra.